**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 7:24-CR-28 (WLS-TQL) |
| | : |
| GREGORIO HERNANDEZ-CARBAJAL, | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

The United States Probation Office (USPO) has informed the Court that there have been delays in completing the PSR, in part due to delays in obtaining the relevant records. Accordingly, the sentencing hearing in the case is **CONTINUED**. The Court will set a new hearing by separate notice or order.

**SO ORDERED**, this 3rd day of April 2025.

                                                      /s/ W. Louis Sands
                                                      **W. LOUIS SANDS, SR. JUDGE**
                                                      **UNITED STATES DISTRICT COURT**